✎ AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF | DEFENDANT |
|---|---|
| | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order   ☐ Judgment | ☐ Yes   ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Copyrights-In-Suit for IP Address 71.225.252.44

**ISP:** Comcast Cable
**Location:** Chalfont, PA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Girl Like You | PA0001827006 | 02/12/2013 | 02/21/2013 | 02/13/2013 |
| A Girls Fantasy | PA0001819294 | 12/23/2012 | 01/01/2013 | 01/09/2013 |
| Angie VIP Lounge | PA0001771705 | 11/28/2011 | 01/17/2012 | 11/12/2012 |
| Apartment in Madrid | PA0001826992 | 02/16/2013 | 02/18/2013 | 02/20/2013 |
| Constance Aaron X-Art on TV | PA0001771707 | 12/02/2011 | 01/17/2012 | 02/08/2013 |
| Coucher Avec une Autre Fille | PA0001801715 | 08/13/2012 | 08/14/2012 | 11/12/2012 |
| Cristalina | PA0001793972 | 09/30/2011 | 06/21/2012 | 11/12/2012 |
| Dangerous Game | PA0001810505 | 10/10/2012 | 10/14/2012 | 11/12/2012 |
| Girls Night Out | PA0001762409 | 11/14/2011 | 11/23/2011 | 11/12/2012 |
| Holiday in Spain | PA0001780466 | 10/21/2011 | 03/10/2012 | 11/25/2012 |
| House of the Rising Sun | PA0001806475 | 09/07/2012 | 09/19/2012 | 11/13/2012 |
| Lipstick Lesbians | PA0001817755 | 12/15/2012 | 12/17/2012 | 12/16/2012 |
| Loving Angels | PA0001817752 | 11/30/2012 | 12/17/2012 | 11/30/2012 |
| Morning Desires | PA0001819292 | 12/31/2012 | 01/08/2013 | 01/01/2013 |
| Naughty and Nice | PA0001819290 | 12/25/2012 | 12/31/2012 | 01/01/2013 |
| Ready for Bed | PENDING | 02/26/2013 | 02/28/2013 | 03/02/2013 |
| Seeing Double | PA0001824840 | 02/02/2013 | 02/07/2013 | 02/05/2013 |
| Sneak N Peek | PA0001791522 | 06/01/2012 | 06/01/2012 | 11/11/2012 |
| Spur of the Moment | PA0001820192 | 01/07/2013 | 01/08/2013 | 01/14/2013 |
| Still With Me | PA0001813360 | 11/02/2012 | 11/19/2012 | 11/12/2012 |
| Sunday Afternoon | PA0001800353 | 07/06/2012 | 07/11/2012 | 01/01/2013 |
| Sweetest Dreams | PA0001820194 | 01/04/2013 | 01/08/2013 | 01/05/2013 |

EXHIBIT B

EPA135

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| The Foursome | PA0001780470 | 09/15/2011 | 03/10/2012 | 11/12/2012 |
| The Spanish Garden | PA0001791352 | 07/15/2011 | 05/25/2012 | 02/08/2013 |
| Three for the Show | PA0001808630 | 09/24/2012 | 09/28/2012 | 11/12/2012 |
| Tiffany Teenagers In Love | PA0001762019 | 12/29/2010 | 11/20/2011 | 01/14/2013 |
| Together Again | PA0001819288 | 12/28/2012 | 01/01/2013 | 01/01/2013 |
| Unforgettable View #1 | PA0001817759 | 12/07/2012 | 12/16/2012 | 12/08/2012 |
| Unforgettable View #2 | PA0001817765 | 12/13/2012 | 12/16/2012 | 12/16/2012 |
| Want You | PA0001822650 | 01/15/2013 | 01/27/2013 | 01/17/2013 |
| Working Out Together | PA0001824841 | 01/30/2013 | 02/07/2013 | 02/05/2013 |
| Yoga in the Sky | PA0001794715 | 06/27/2012 | 06/29/2012 | 11/12/2012 |
| Yoga Master and Student | PA0001822651 | 01/18/2013 | 01/27/2013 | 01/19/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 33**

EXHIBIT B

EPA135